05/22

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Vs.
Jorge Alfredo DIAZ-Leal
AKA: None Known
Citizen of Mexico
YOB: 1997
213081578
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 17-15107 M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT I

That on or about May 22, 2017, near Andrade, California, in the Southern District of California, Defendant Jorge Alfredo DIAZ-Leal, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

Continued on the attached sheet and made a part here of.   [X] Yes  [ ] No

_____
Signature of Complainant
Brian Ramos
BORDER PATROL AGENT

Sworn to before me and subscribed in my presence,

May 23, 2017              at     Yuma, Arizona
Date                             City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer       Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:  Jorge Alfredo DIAZ-Leal

Dependants:  ONE MEXICAN CITIZEN

**IMMIGRATION HISTORY:**  The Defendant is an illegal alien. The Defendant has come into contact with immigration officials on two (2) previous occasion(s). The Defendant has been removed a total of one (1) time(s). The Defendant was last removed from San Luis, Arizona on May 8, 2017.

**CRIMINAL AND IMMIGRATION HISTORY:** No Criminal History found

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 05/08/2017 | San Luis, Arizona | | Removed from the U.S. (ER) (BP) |

Narrative:  The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near Andrade, California.

The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on May 22, 2017.

Charges:  8 USC 1325(a)(1)  (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 23, 2017
Date

Signature of Judicial Officer